[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 24, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-14803
Non-Argument Calendar

_____

D. C. Docket No. 04-00044-CV-WLS-1-2

JOSEPH PAIT,

                                                    Plaintiff-Appellee,

versus

CITY OF ALBANY, GEORGIA,
JAMES ARROWOOD, Individually
and in his official capacity
as Chief of City of Albany
Fire Department,
JAMES CARSWELL, Individually
and in his official capacity
as Deputy Fire Chief of City
of Albany Fire Department,

                                                    Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(August 24, 2005)

Before HULL, WILSON and GODBOLD, Circuit Judges.

PER CURIAM:

After reviewing the district court's complete and detailed order, we find this appeal without merit.

AFFIRMED.